THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES LAPLACA, Appellant, Impleaded with COSMO GIORDANO, Defendant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

BOARD OF EDUCATION, UNION FREE SCHOOL DISTRICT No. 1, TOWN OF NEW ALBION, Respondent, v. GLOBE INDEMNITY COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.